IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OSCAR HUARACHA**                                                                                       **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO. 4:15CV152-SA-SAA**

**CDCR, ET AL.**                                                                    **DEFENDANTS**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, it is hereby **ORDERED**:

1. That the plaintiff's due process claims be **DISMISSED** for failure to state a claim upon which relief may be granted.

2. That defendants CDCR, CCA, Jeffrey Beard, Dalinda Harmen, D. Gonzalez, and Fred Figuero be **DISMISSED**.

3. That the plaintiff's failure to protect claim **PROCEED** against CCI S. Roacha and C/M Love and **PROCESS ISSUE** as to these defendants.

**SO ORDERED**, this the 11th day of December, 2015.

                                                             **/s/ Sharion Aycock**
                                                             **U.S. DISTRICT JUDGE**