**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**


**OSCAR HUARACHA**                                                                               **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 4:15CV152-SA-SAA**

**CDCR, ET AL.**                                                                                **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff has filed a motion requesting that the court order Defendant Love to produce two pieces of evidence that were not disclosed in the discovery Love has provided to Plaintiff: (1) photographs of the puncture wounds from the assault that at issue in this lawsuit; and (2) the actual committee minutes from September 24, 2014, in which Plaintiff addressed his safety concerns with Defendant. Upon due consideration, the court finds the motion well taken, and it is **GRANTED**. No later than July 1, 2016, Defendant Love must either produce this discovery or file notice upon Plaintiff and with this court stating why this discovery could not be produced.

**SO ORDERED**, this, the 17th day of June, 2016.

                                                                 s/ S. Allan Alexander
                                                                UNITED STATES MAGISTRATE JUDGE